United States Bankruptcy Court
Central District of California

In re:  
Christopher Kim Kay  
    Debtor

Case No. 17-10897-ER  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-2   User: admin   Page 1 of 4   Date Rcvd: Mar 02, 2018  
                 Form ID: 318a   Total Noticed: 106

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2018.

```
db          +Christopher Kim Kay,    324 S. Beverly Drive #708,    Beverly Hills, CA 90212-4801
aty         +Law Office of Thomas H Casey, Inc., a Professional,    22342 Avenida Empresa Ste 200,
              Rancho Santa Margarita, CA 92688-2148
aty         +Stacy R Procter,    10877 Wilshire Blvd Ste 700,    Los Angeles, CA 90024-4364
smg          Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
acc         +Hahn Fife & Company,    790 E Colorado Blvd 9th Fl,    Pasadena, CA 91101-2193
37575025    +APS electric company,    Station 3200 PO Box 53933,    Phoenix, AZ 85072-3933
37575020    +Ace Funding Source, LLC,    366 North Broadway, Ste 410,    Jericho, NY 11753-2000
37575021     Adobe Esig,    Adobe Systems, Inc,    345 Park Avenue,    San Jose, CA 95110-2704
37575023    +Andante Law,    Attn: Joseph Cotterman, Esq.,    4110 N. Scottsdale Rd. Suite 330,
              Scottsdale, AZ 85251-4423
37599032    +Arizona Department of Revenue,    1275 W Washington St,    Phoenix AZ 85007-2926
37575027    +Arsine Hakobyan,    130 South Sepulveda Blvd #404,    Los Angeles, CA 90049-3155
37575028     Authorize.Net,    Accounts Payable,    PO Box 947,    American Fork, UT 84003-0947
37575029    +Avanti Trust,    655 West Broadway Suite 1650,    San Diego, CA 92101-8590
37820627    +Blue Global LLC,    c/o Timothy J. Yoo, Chapter 7 Trustee,
              10250 Constellation Blvd., Suite 1700,    Los Angeles, CA 90067-6253
37575032    #Blue River,    13200 Avaon Blvd,    Los Angeles, CA 90061-2227
37575033    +Bmo Harris Bank,    Po Box 1111,    Madison, WI 53701-1111
37575034    +Bold Chat,    2024 N. Woodlawn Street #350,    Wichita, KS 67208-1858
37919211    +Brenda Harris,    Jacob Harker,    582 Market Ste 1007,    San Francisco CA 94104-5311
37918408    +Bunny Segal,    Jacob Harker,    582 Market Ste 1007,    San Francisco CA 94104-5311
37575036    +Cedric Brown,    1823 W Alta Vista Road,    Phoenix, AZ 85041-5506
37919261    +Christina Bowman-Jones,    Jacob Harker,    582 Market Ste 1007,    San Francisco CA 94104-5311
37575043    +Comerica Bank,    1717 Main Street,    Dallas, TX 75201-4612
37575044    +Comerica Bank,    c/o Laura H. Alfaro,    2321 Rosecrans Avenue, Suite 5000,
              El Segundo, CA 90245-7902
37575047    +DC Ranch HOA,    The Ranch Offices on Market Street,    20555 N. Pima Road, Ste 140,
              Scottsdale, AZ 85255-7155
37575046    +DataX,    325 E Warm Springs Road #202,    Las Vegas, NV 89119-4238
37918090    +Debra Kottong,    Jacob Harker,    582 Market Ste 1007,    San Francisco CA 94104-5311
37575049    +EIN Capital,    160 Pearl Street, 5th FL,    New York, NY 10005-1631
37575050    +Folks & O'Connor, PLLC,    Attn: Larry O. Folks,    1850 N. Central Ave, Ste 1140,
              Phoenix, AZ 85004-4586
37575052    +Gerber Services,    24 Industrial Park Road West,    Tolland, CT 06084-2849
37575053    +Giact,    700 Central Expy S, Ste 300,    Allen, TX 75013-8106
37575054    +Gil Rudolph,    Greenberg/Traurig,    2375 E Camelback Road, Ste 700,    Phoenix, AZ 85016-9000
37575055    +Graystar Corp,    C/o Airport Property Specialists,    14605 N Airport Drive, Ste 210,
              Scottsdale, AZ 85260-2441
37575056    +Green Capital Funding,    One Evertrust Plaza, Ste 1401,    Jersey City, NJ 07302-3087
37717173     Gust Rosenfeld P.L.C.,    c/o Sean P. O'Brien,    One E. Washington Street,    Suite 1600,
              Phoenix, Arizona 85004-2553
37575057     Gust Rosenfeld, P.L.C.,    One E Washington, Suite 1600,    Phoenix, AZ 85004-2553
37919277    +Heather Byrnes,    Jacob Harker,    582 Market Ste 1007,    San Francisco CA 94104-5311
37918393    +Hoon Chung,    Jacob Harker,    582 Market Ste 1007,    San Francisco CA 94104-5311
37575058    +Infinity,    910 Roberta Lane,    Sparks, NV 89431-2076
37918373    +James Jobe,    Jacob Harker,    582 Market Ste 1007,    San Francisco CA 94104-5311
37575062    +Law Ofcs of Daniel Balsam,    2601C Blanding Ave #271,    Alameda, CA 94501-1579
37575063    +Lucy Zhang,    6363 Beadnell Way, Apt 249,    San Diego, CA 92117-4164
37575064    +M.E.H. Pool Service,    PO Box 43736,    Phoenix, AZ 85080-3736
37575069   ++++MORGAN & ASSOCIATES, PC,    ATTN: BOBBY G. IRBY,    2601 NW EXPRESSWAY STE 205E,
              OKLAHOMA CITY OK  73112-7265
             (address filed with court: Morgan & Associates, PC,    Attn: Bobby G. Irby,
              2601 N.W. Expressway, Suite 205 E,    Oklahoma City, OK 73112-7229)
37575065    +Madrivo,    3889 S Eastern Ave,    Las Vegas, NV 89169-3322
37575066     Magentrix,    180 West Beaver Creek Road,    Richmond Hill, Ontario, L4B-1B4,    Canada
37575067     Mantis Funding,    64 Beaver Street, Ste 344,    New York, NY 10004-2508
37919293    +Matt Barrett,    Jacob Harker,    582 Market Ste 1007,    San Francisco CA 94104-5311
37575070    +NCR Fundia,    3097 Satellite Blvd #100,    Duluth, GA 30096-1293
37575071    +NYS Department of Financial Svcs,    Attn: Paula Lequerica-Sternberg,    One State Street,
              New York, NY 10004-1561
37575072    +NYS Dept of Financial Svcs,    Attn: Jared Elosta, Assist. Counsel,    One State Street, 19th FL,
              New York, NY 10004-1561
37575073    +NYS Workers' Compensation Board,    Finance Office, Assessment Unit,    328 State Street, RM 331,
              Schenectady, NY 12305-3200
37575074    +Oasis Corporate Cleaning Services,    830 N 1st Ave,    Phoenix, AZ 85003-1402
37575075    +Office of the AZ Attorney General,    Civil Litigation, Div Cons. Protect,
              1275 West Washington St,    Phoenix, AZ 85007-2926
37575076    +Patricia E Ronan Law, LLC,    PO Box 55341,    Phoenix, AZ 85078-5341
37575077    +Paul Soter,    California Council,    149 San Felipe Ave,    San Francisco, CA 94127-2047
37575078    +Paulina Kay,    10422 McKinney Court,    San Diego, CA 92131-6128
37575080    +Payliance/Victory Payments,    2 Easton Oval,    Columbus, OH 43219-6036
37575081    +Phoenix Title Loans, LLC,    14301 N. 87th Street, Ste 11,    Scottsdale, AZ 85260-3690
37575082    +Pinnacle Peak Dentistry,    7679 E Pinnacle Peak Road #115,    Scottsdale, AZ 85255-6320
```

```
District/off: 0973-2           User: admin                  Page 2 of 4                   Date Rcvd: Mar 02, 2018
                               Form ID: 318a                Total Noticed: 106

37575083      +Power Pay Merchant Service Provider,    320 CUmberland Ave,    Portland, ME 04101-4928
37575084      +PowerUp Lending,    111 Great Neck Road, Ste 216,    Great Neck, NY 11021-5408
37575085       Proforma/D.Marquee/Denim N. America,    PO Box,    Los Angeles, CA 90075
37575087     #+Rose Izazi James, J.D.,    4220 Factoria Blvd, S.E. #305,    Bellevue, WA 98006-1964
37575089       SFDC,    The Landmark at One Market, Suite 3,    San Francisco, CA 94105
37575088      +Sapphire Circle,    7747 La Junta,    Scottsdale, AZ 85255-2790
37919308      +Sergio Santos,    Jacob Harker,    582 Market Ste 1007,    San Francisco CA 94104-5311
37575090      +Silverleaf Club,    18701 N Silverleaf Drive,    Scottsdale, AZ 85255-7157
37575092      +Squar Milner LLP,    4100 Newport Place #600,    Newport Beach, CA 92660-1413
37575093      +State of Delaware,    Division of Corporations,    John G. Townsend Bldg.,
                401 Federal Street, Suite 4,    Dover, DE 19901-3639
37575094      +Stephen Boatright G&K,    2575 E Camelback Road, Ste 1100,    Phoenix, AZ 85016-9254
37575095      +Superior Court of AZ, Maricopa Cty,    1501 W. Washington, #411,    Case # CV 2016-005811,
                Phoenix, AZ 85007-3227
37575096      +Tennessee Department of Revenue,    Andrew Jackson State Office Buildin,
                Nashville, TN 37242-0001
37575097      +Unique Funding Solutions,    3 Hunting Quadrange #407,    Melville, NY 11747-4602
37575098      +University Lock & Security,    1031 W University Drive,    Tempe, AZ 85281-3417
37919197      +Vanessa Powers,    Jacob Harker,    582 Market Ste 1007,    San Francisco CA 94104-5311
37575103       Virginia Workers' Comp. Commission,    Insurance Department,    1000 DMW Drive,
                Richmond, VA 23220
37575104      +WGCI,    Garmet Wet/Dye Processing Center,    2130 Laura Ave,    Huntington Park, CA 90255-2721
37575105      +William Silverstein,    3540 Wilshire Blvd, Ste 417,    Los Angeles, CA 90010-2348
37575106       Wilmington Trust,    Rodney Square North,    1100 North Market St.,    Wilmington, DE 19890-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           +E-mail/Text: bankruptcy@ftc.gov Mar 03 2018 02:24:40      Michael P Mora,
                Federal Trade Commission,    600 Pennsylvania Ave NW,    Mailstop CC-9,
                Washington, DC 20580-0001
tr            +EDI: QJMRUND.COM Mar 03 2018 07:13:00      Jason M Rund (TR),    Sheridan & Rund,
                840 Apollo Street, Suite 351,    El Segundo, CA 90245-4762
smg            EDI: EDD.COM Mar 03 2018 07:13:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
                P.O. Box 826880,    Sacramento, CA 94280-0001
cr             E-mail/Text: bankruptcy@ftc.gov Mar 03 2018 02:24:40      Federal Trade Commission,
                600 Pennsylvania Avenue Nw,    Washington, DC  20580
37575024      +E-mail/Text: bankruptcy@aps.com Mar 03 2018 02:24:26      APS,    400 North 5th Street,
                Phoenix, AZ 85004-3903
37782183       EDI: BECKLEE.COM Mar 03 2018 07:13:00      American Express Centurion Bank,
                c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
37575022      +EDI: AMEREXPR.COM Mar 03 2018 07:13:00      Amex,    Correspondence,    Po Box 981540,
                El Paso, TX 79998-1540
37575026       EDI: AZDEPREV.COM Mar 03 2018 07:13:00      Arizona Department of Revenue,    Customer Care,
                PO Box 29086,    Phoenix, AZ 85038-9086
37575030      +EDI: BANKAMER.COM Mar 03 2018 07:13:00      Bank Of America,    Nc4-105-03-14,    Po Box 26012,
                Greensboro, NC 27420-6012
37575031      +EDI: TSYS2.COM Mar 03 2018 07:13:00      Barclays Bank Delaware,    100 S West St,
                Wilmington, DE 19801-5015
37575045       E-mail/Text: jasmin.merced@wolterskluwer.com Mar 03 2018 02:24:54      CT Corporation,
                111 8th Ave, 13th FL,    New York, NY 10011-5213
37575035      +EDI: CAPITALONE.COM Mar 03 2018 07:13:00      Capital One,    Po Box 30285,
                Salt Lake City, UT 84130-0285
37757832       EDI: CAPITALONE.COM Mar 03 2018 07:13:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC  28272-1083
37575037      +EDI: CHASE.COM Mar 03 2018 07:13:00      Chase Card,    Attn: Correspondence,    Po Box 15298,
                Wilmington, DE 19850-5298
37575038      +EDI: CITICORP.COM Mar 03 2018 07:13:00      Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
37575039      +Fax: 480-312-2548 Mar 03 2018 03:03:12      City of Scottsdale - Water,
                7447 E Indian School Road, Ste 110,    Scottsdale, AZ 85251-3922
37718774      +E-mail/Text: ddulworth@clarkhill.com Mar 03 2018 02:24:49      Clark Hill PLC,
                500 Woodward Ave Suite 3500,    Detroit MI 48226-3485
37575040      +E-mail/Text: ddulworth@clarkhill.com Mar 03 2018 02:24:49      Clark Hill, PLC,
                150 N. Michigan Ave, Ste 2700,    Chicago, IL 60601-7576
37949996       E-mail/Text: bankruptcy@ftc.gov Mar 03 2018 02:24:40      FEDERAL TRADE COMMISSION,
                600 PENNSYLVANIA AVENUE NW CC-9528,    WASHINGTON DC 20580
37575051       EDI: CALTAX.COM Mar 03 2018 07:13:00      Franchise Tax Board,    Bankruptcy Section, MS: A-340,
                P. O. Box 2952,    Sacramento, CA 95812-2952
37575059       EDI: IRS.COM Mar 03 2018 07:13:00      Internal Revenue Service,    P.O. Box 7346,
                Philadelphia, PA 19101-7346
37908317      +EDI: RESURGENT.COM Mar 03 2018 07:13:00      PYOD, LLC its successors and assigns as assignee,
                of Citibank, N.A.,    Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
37575091      +E-mail/Text: bankruptcy@water.com Mar 03 2018 02:24:21      Sparkletts,
                DS Water of America Inc,    PO Box 660579,    Dallas, TX 75266-0579
37575099       EDI: USBANKARS.COM Mar 03 2018 07:13:00      US Bank,    P.O. Box 5227,    Cincinnati, OH 45201
37575100       EDI: USBANKARS.COM Mar 03 2018 07:13:00      US Bank,    PO BOx 790408,
                Saint Louis, MO 63179-0408
37575101      +EDI: USBANKARS.COM Mar 03 2018 07:13:00      Us Bank,    Attn: Bankruptcy,    Po Box 5229,
                Cincinnati, OH 45201
37575102      +EDI: USBANKARS.COM Mar 03 2018 07:13:00      Us Bank Home Mortgage,    Attn: Bankruptcy,
                Po Box 5229,    Cincinnati, OH 45201-5229
                                                                                              TOTAL: 27
```

```
District/off: 0973-2           User: admin              Page 3 of 4              Date Rcvd: Mar 02, 2018
                               Form ID: 318a            Total Noticed: 106

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp          Courtesy NEF
cr            U.S. BANK NATIONAL ASSOCIATION
37575041      Cloud Kaptan,    1303 College More DN-2, Sector V,    Salt Lake, Kolkata 700091
37575042      Cloud Lending,    Crescent 4, Floor No. 11, Prestige,    Shantiniketan, ITPL Main Rd,,
               Thigalarapalya, Bengaluru, Karnatak
37575060      Iovation,    111 SW 5th Avenue,    Ste 3200
37575079      Paulina Kay
37575061      Portland, OR 97204
37575086      Robinson Brog Leinwand,    Greene Genovese & Gluck P.C.,    875 Third Ave, 9th FL,
               NY 10220-1230
smg*          Franchise Tax Board,    Bankruptcy Section MS: A-340,    P.O. Box 2952,
               Sacramento, CA  95812-2952
cr*          +Paulina Kay,    10422 McKinney Court,    San Diego, CA 92131-6128
37575048    ##+Devin Bates,    10225 W Camelback #45,    Phoenix, AZ 85037-5080
37575068    ##+McDowell Mountain Ranch Dentistry,    10401 E.McDowell Mntn Ranch Rd #130,
               Scottsdale, AZ 85255-7525
                                                                                TOTALS: 8, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2018 at the address(es) listed below:
              Gilbert R Yabes    on behalf of Interested Party    Courtesy NEF ecfcacb@aldridgepite.com,
               GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com
              Jason  Wallach    on behalf of Mediator Jason  Wallach jwallach@ghplaw.com,
               g33404@notify.cincompass.com
              Jason M Rund (TR)    trustee@srlawyers.com,    jrund@ecf.epiqsystems.com
              Jeffrey L Sklar    on behalf of Defendant    Barclays Bank Delaware, a Delaware Corporation
               JSklar@lrrc.com,    BankruptcyNotices@lrrc.com
              Joseph C Delmotte    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
               ecfcacb@aldridgepite.com,    JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
              Joseph C Delmotte    on behalf of Interested Party    Courtesy NEF ecfcacb@aldridgepite.com,
               JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
              Michael F Chekian    on behalf of Defendant    Paulina Kay as Trustee of the Christopher Kim Kay
               and Paulina Kay Trust dated April 7, 2010 mike@cheklaw.com
              Michael F Chekian    on behalf of Creditor Paulina  Kay mike@cheklaw.com
              Michael F Chekian    on behalf of Defendant Paulina  Kay mike@cheklaw.com
              Michael P Mora    on behalf of Plaintiff    Federal Trade Commission mmora@ftc.gov
              Michael P Mora    on behalf of Creditor    Federal Trade Commission mmora@ftc.gov
              Sanaz S Bereliani    on behalf of Defendant Arsine  Hakobyan berelianilaw@gmail.com,
               chris@berelianilaw.com;r48595@notify.bestcase.com
              Sanaz S Bereliani    on behalf of Debtor Christopher Kim Kay berelianilaw@gmail.com,
               chris@berelianilaw.com;r48595@notify.bestcase.com
              Sanaz S Bereliani    on behalf of Defendant Lucy  Zhang berelianilaw@gmail.com,
               chris@berelianilaw.com;r48595@notify.bestcase.com
              Steve  Burnell    on behalf of Trustee Jason M Rund (TR) kdriggers@tomcaseylaw.com,
               msilva@tomcaseylaw.com
```

```
District/off: 0973-2            User: admin              Page 4 of 4                    Date Rcvd: Mar 02, 2018
                                Form ID: 318a            Total Noticed: 106
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Thomas H Casey    on behalf of Plaintiff JASON M RUND kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
          Thomas H Casey    on behalf of Trustee Jason M Rund (TR) kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
          Thomas H Casey    on behalf of Plaintiff Jason M. Rund kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
          Timothy J Yoo    on behalf of Interested Party    Courtesy NEF tjy@lnbyb.com
          United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

                                                                                                                      TOTAL: 20

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Christopher Kim Kay** | Social Security number or ITIN  **xxx–xx–8624** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Central District of California**

Case number:  **2:17–bk–10897–ER**

# Order of Discharge – Chapter 7                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Christopher Kim Kay
aw JK Advertising inc, aw PanAmerican Capital Advisors, aw Hood River Wild LLC, aw Red Rock Securities, aw Azul Macro LLC, ...

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 3/2/18

**Dated:** 3/2/18

**By the court:** Ernest M. Robles
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**140/AUT**

**For more information, see page 2 >**

Official Form 318–CACBdodb/CACodsc      **Order of Chapter 7 Discharge**      page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318–CACBdodb/CACodsc            **Order of Chapter 7 Discharge**            page 2